## RETAINER AGREEMENT FOR CHAPTER 7 CASE

The undersigned retain, RICHARD S. BASS and other attorneys he may employ, and gives permission to RICHARD S. BASS to retain attorneys to act as co-counsel in my case.

The attorney fee is $ __1000__ plus a filing fee of $306.00. **THE ATTORNEY FEE AND COURT FEE MUST BE PAID IN FULL BEFORE THE CASE CAN BE FILED.** This is for one (1) date before the trustee and no court appearances. If I/We miss the date before the trustee, there will be an additional fee of $150.00. If the fee is not paid as agreed, I/We will pay any and all collection costs, including attorney fees in an amount of not less than $350.00.

I have paid a retainer of $ __300__. The balance is $ __700__, plus the filing fee of $306.00. **THERE WILL BE NO REFUNDS OF EARNED FEES. THE FEES ARE BASED ON AN ATTORNEY FEE RATE OF $225.00 PER HOUR AND A STAFF FEE RATE OF $85.00 PER HOUR.** Any refund request must be made in writing and can take up to 30 days.

The attorney fee balance will be paid at the rate of $ __100__, every two (2) weeks.

The first payment is due on __7-10-12__ and each two (2) weeks after.

____ If the payments are made by check and a check is returned for any reason, I will be charged $50.00 to cover the bank charges and an additional $50.00 for the additional costs of accounting.

____ It is understood that filing of a bankruptcy will have a negative impact on my credit report.

____ It is understood that the following debts will not be discharged: child support/maintenance/some debts incurred from a property settlement in a divorce case/debts from DUI or criminal cases/parking tickets/debts from fraudulent transactions/some debts from recent cash advances or credit use.

____ It is understood that student loans will not be discharged. I will have to repay my student loan.

____ It is understood that most tax debts cannot be discharged. My attorney has not been retained to represent me in any manner relating to any possible tax debts. I assume all responsibility relating to any and all taxes. I hold my attorney harmless in this matter for any and all tax related issues.

____ It is understood that my attorney does not guarantee the discharge of tax debts and student loans and if they are not discharged, I will hold the attorney harmless.

_[signature]_ 6/26/12                                                     _[signature]_